**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-8166**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

EDWIN F. ALVANEZ,

                Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Deborah K. Chasanow, Chief District Judge.  (No. 8:07-cr-00326-DKC-2)

Submitted:  April 22, 2010            Decided:  April 27, 2010

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edwin F. Alvanez, Appellant Pro Se.   James Marton Trusty, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edwin Alvanez appeals the district court's order denying his motion to retain a handwriting specialist. We have reviewed the record and find no reversible error. Accordingly, we deny Alvanez's motions for transcript at government expense and to retain a handwriting specialist, and affirm for the reasons stated by the district court.[*] United States v. Alvanez, No. 8:07-cr-00326-DKC-2 (D. Md. Nov. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We decline to consider issues Alvanez raises in his informal brief which are not related to his present appeal.

2